Notice:  3:14-cv-00256

No Application to Proceed I.F.P. or Filing Fee was received with Initiating documents.

In the United States District Court
District of Nevada

Cliven Bundy;
David Rothrock;
Plaintiffs

v.

Barack Hussein Obama;
Bureau of Land Management;
Dept. of the Interior,
Defendants

Case No. 3:14-cv-00256

## Motion for Preliminary Injunction, Temporary Restraining Order; TRO 28 USC 1331

Cliven Bundy & David Rothrock come pro-se. The Plaintiffs and all Americans are in danger. Barack Obama was not a natural born citizen therefore he has no authority to take over peoples land under imminent domain. Mr Obama blackmailed and covertly threatened Donald Trump with building code regulation violations, property tax fraud, illegally operating offshore tax havens for betting with Federal indictments unless he shuts up and stops the Birther movement because Mr. Obama fears he will be exposed for his covert and sinister ties to Iran's Hezbollah network. He covertly operates with the Haliburton corporation; the Federal Reserve bank is unconstitutional HJR-192 June 5, 1933 in sinister correlation with the Libor Panel. I am whistleblowing this entire monstrosity & am a Rothschild descendant in close proximity with Arthur Balfours descendants. Obamacare is an

entitlement tap originated by the Senate. A plaintiff David Rothrock an illegally incarcerated. Obama's secret service agent code-name "John" raped my victim and I was set up. Mr. Obama has portrayed himself as hope and change, the only hope he gave me was gay rights with dildo enhancements thank you Mayor Rob Ford and Philadelphia Parole officer Agent Fletcher they give a good warm tickle when performing tooth extracts on my genital area. Mr. Obama is a phyco-somatic sex freak. Mr. Obama had me and agent Fletcher perform oral sex on Sunny & Bo in the Oval office why Michelle was turning tricks on Massachusetts & North Capital. The entire administration is corrupt since the days of Clinton's administration. Bengahzi, Hellary had the entire massacre implemented so George Bush could somehow feel vinticated for 9/11. Please investigate these orgie, sex deviants under satanic injunctions. I even seen Mr. Clinton cross-dressing in a Burqa offering Salah at a Minneopolis Masjid while Mr. Obama sold Musline oils at a street vendor stand with a wig, mustache. These educated idiots are sick, satanic illuminati inspired sinister crooks who smile with forged documents and give the American people under FCC regulations what that they want prophesized

If these atrocities are not brought to light Congress wins, Vegas strip keeps sinking and A will make sure Macau, Shanghai economys make the U.S. economy through the Libor Panel affiliates A have in finance execute currency demands. America will be the new Africa and our citizens will be sleeping in tents and washing clothes in puddles by 2022 while China donates rice to us on a camel drone from Pakistan why we are celebrating Kwanza with pet turtles. Plaintiffs seek a restraining order.

Respectfully Submitted,

*[signature]* 5/16/14
CLIVEN BUNDY
P.O. Box 1488

*[signature]*

David Rothrock
KY 7256
301 Institution Dr
Bellefonte, PA 16823

DAVID ROTH
No. KY7256
301 INSTITUTION DR.
BELLEFONTE, PA 16823

3:14-cv-00256

FOREVER / USA FIRST-CLASS

___ FILED
___ ENTERED
✓ RECEIVED
___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 16 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

United States District Court
U.S. Courthouse
400 S. Virginia St.
Reno, NV 89501