# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CLIVEN BUNDY, DAVID ROTHROCK,<br><br>                                 Plaintiffs,<br><br>   v.<br><br>BARACK HUSSEIN OBAMA, et. al.<br><br>                                Defendants. | 3:14-cv-00256-MMD-WGC<br><br>**ORDER** |

Plaintiffs filed a Motion for Preliminary Injunction, Temporary Restraining Order (Doc. # 1)[1] on May 16, 2014. The document, however, was not accompanied by either the $400 filing fee or a completed application to proceed in forma pauperis. Plaintiffs have **thirty days from the date of this Order** to pay the filing fee or file a completed application to proceed in forma pauperis. Plaintiffs are advised that a failure to do so may result in an order dismissing this action. If a request to proceed in forma pauperis is submitted a <u>separate</u> request for <u>each</u> Plaintiff shall be required.

**IT IS SO ORDERED**.

DATE: May 27, 2014.

                                                          _William G. Cobb_
                                                          WILLIAM G. COBB
                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Refers to court's docket number.