# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLIVEN BUNDY,<br>DAVID ROTHROCK,<br><br>                           Plaintiffs,<br><br>    v.<br><br>BARACK HUSSEIN OBAMA, et. al.,<br><br>                           Defendants. | 3:14-cv-00256-MMD-WGC<br><br>**REPORT & RECOMMENDATION OF**<br>**U.S. MAGISTRATE JUDGE** |

This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR IB 1-4.

Plaintiffs filed a Motion for Preliminary Injunction, Temporary Restraining Order (Doc. # 1)[1] on May 16, 2014. The document, however, was not accompanied by either the $350 filing fee and $50 administrative fee or a completed application to proceed in forma pauperis. On May 27, 2014, the court issued an order giving Plaintiffs thirty days to pay the filing fee or file a completed application to proceed in forma pauperis. (Doc. # 3.) They were advised that a failure to do so would result in an order dismissing this action. (*Id*.)

As of August 25, 2014, Plaintiffs have not complied with the court's order. Therefore, the court **RECOMMENDS** that this action be **DISMISSED**.

Plaintiffs should be aware of the following:

1. That they may file, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, specific written objections to this Report and Recommendation within fourteen days of receipt. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the

---

[1] Refers to court's docket number.

1 | District Court.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of the District Court's judgment.

DATED: August 25, 2014

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

- 2 -